BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

§
§
*Greenville Construction LLC*
§    Case No.: 26-33001-mvl7
§
§
§
Debtor(s)    §
§



**FILED**

**VERIFICATION OF MAILING LIST**

JUL 08 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

7-8-26
_____
Date

*Christie Late*
_____
Signature of Debtor

_____
Signature of Attorney (if applicable)

_____
Debtor's Social Security *(last four digits only)* /Tax ID No.

_____
Signature of Joint Debtor (if applicable)

_____
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Greenville Construction LLC

Case number:  26-33001-mvl7

Creditor Mailing Matrix

- Printed copy of Creditor Mailing Matrix
- Flash drive with the .PDF and .TXT version

Delivered to the Bankruptcy Clerk's office on

July 8, 2026

AAA Carpets
9747 US Hwy 271 N
Powderly, TX 75473


AAA Noor Ventures LLC
Fahad Khan
692 Wyckoff Avenue
Mahwah, NJ 07430


AHL Builders LLC
3286 Woodbine Trail
Frisco, TX 75034


Airview AC
424 E Van Alstyne Parkway
Van Alstyne, TX 75495


Cassity Jones Building Materials
Timothy M Moore
302 Pine Tree Rd
Longview, TX 75604


CEI Technology Solutions LLC
908 Brett Drive
Allen, TX 75013


Channing Fang
421 Martel Lane
Coppell, TX 75019


Justin Fang
421 Martel Lane
Coppell, TX 75019

Forge Trust Company
CFBO William Yan, IRA 730007
4 Embarcadero Ctr, Floor 15
San Francisco, CA 94111-4106


Gangqing Capital Group LLC
5454 Surrey Path, Suite 107
Frisco, TX 75034


General Shale Brick Inc
Attn: Accounts Payable
PO Box 3825
Carol Stream, IL 60197-5825


Godland Asset Group LLC
1608 Barony Lake Way
Raleigh, NC 27614


GV Investment Fund A, LLC
2313 Vaquero Lane
Carrollton, TX 75010


GVIFB, LLC
2313 Vaquero Lane
Carrollton, TX 75010


GVIFD, LLC
2313 Vaquero Lane
Carrollton, TX 75010


Hunt County Tax Office
2500 Stonewall St, Suite 101
Greenville, TX 75401

IES Residential Inc
Accounts Payable
13131 Dairy Ashford Rd, Suite 700
Sugarland, TX 77478


Inspira Financial Trust LLC, Custodian
FBO Dibyendu Mukherjee, IRA 3680011
2001 Spring Road, Suite 700
Oak Brook, IL 60523


Inspira Financial Trust LLC, Custodian
FBO Christina Opel, IRA 3695221
2001 Spring Road, Suite 700
Oak Brook, IL 60523


Inspira Financial Trust LLC, Custodian
FBO Roy Opel, IRA 3695321
2001 Spring Road, Suite 700
Oak Brook, IL 60523


Inspira Financial Trust LLC, Custodian
FBO Yiping Zhou, IRA 36595-11
2001 Spring Road, Suite 700
Oak Brook, IL 60523


IRA Club, Administrator and Merdian Bank
Custodian FBO William Yan, IRA 1005351
PO Box 6850
San Mateo, TX 94403


J.K. Hammack, Inc
3044 FM 2194
Celeste, TX 75423-5728

Na Lena Li
421 Martel Lane
Coppell, TX 75019

Shengjing Li
1608 Barony Lake Way
Raleigh, NC 27614

Feng Liu
5448 Apex Pkwy, Suite 329
Apex, NC 27502

Timothy T Liu
1561 Elka Ave
San Jose, CA 95129

Magnolia Estates LLC
3286 Woodbine Trail
Frisco, TX 75034

Miil Holding Company Inc
17906 Carluke Ct
Richmond, TX 77407

Raymond Moeller and Vesta Moeller
8241 Inverness
The Colony, TX 75056

Mr D's Excavating
4731 Country Road 3403
Lone Oak, TX 75453

Ongmani Investments LLC
1106 del Mar Drive
Southlake, TX 76092


Overhead Door Co. of Dallas
1800 Vantage Drive
Carrollton, TX 75006


S Capital Investment LLC
21807 Blue Daisy Ct
Cypress, TX 77433


Sabily Investment LLC
5764 Belleza Drive
Pleasanton, CA 94588


Texas Yard Pro Inc.
2610 Poplar St, Suite B
Greenville, TX 75402


WNH Property Consulting, LLC
4017 Lost Creek
Plano, TX 75074


Christina Wu
Fei Li and Xiaomeng Fan
7308 Wentwood Dr
Dallas, TX 75225


Ronghui Xu
2313 Vaquero Lane
Carrollton, TX 75010

Lei Zhang
c/o Irene Shen
908 Brett Drive
Allen, TX 75013


Wei Zhang and Rong Hui Hou
6409 Cooper Place
Plano, TX 75093


Yafei Zhang
339 Martel Lane
Coppell, TX 75019


Yali Zhang
c/o Irene Shen
908 Brett Drive
Allen, TX 75013


Yile Zhang
339 Martel Lane
Coppell, TX 75019


Lian Zhao and Jin Meng
1356 Francie Way
Allen, TX 75013


Han Zhu
c/o Irene Shen
908 Brett Drive
Allen, TX 75013

Zinnow Investments, LLC
5454 Surrey Path, Suite 107
Frisco, TX 75034