Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone:  214.939.4501
Fax:  214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499
**Attorneys for Movant –
Zinnow Investments Greenville 505 Traders
Holding, LLC, and  Zinnow Investments
Greenville Ellis View Holding, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 26-33001 (MVL)** |
| **GREENVILLE CONSTRUCTION, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor(s).** | § | |

**ZINNOW INVESTMENTS GREENVILLE5 05 TRADERS HOLDING, LLC, AND
ZINNOW INVESTMENTS GREENVILLE ELLIS VIEW HOLDING, LLC'S MOTION
TO LIFT AUTOMATIC STAY AGAINST PROPERTY AND WAIVER OF THIRTY
DAY HEARING REQUIREMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES Zinnow Investments Greenville 505 Traders Holding, LLC, and

Zinnow Investments Greenville Ellis View Holding, LLC**, hereinafter called Movants, (also

collectively, "Zinnow Investments"), and makes this, its Motion to Lift Automatic Stay against

Property against Greenville Construction, LLC ("Debtor"), and pursuant to 11 U.S.C. §

362(d)(1) for cause, by reason of a lack of adequate protection of Movant's rights as a secured

**MOTION TO LIFT AUTOMATIC STAY AGAINST PROPERTY**                                    **Page 1**

creditor, and alternatively, pursuant to 11 U.S.C. § 362(d)(2) by reason of the Debtor's lack of equity in the property, and for grounds thereof respectfully shows the Court the following:

1.      Movant would show the Court that on or about July 30, 2023, Debtor executed and delivered to Zinnow Investments, LLC, a certain Promissory Note and Deed of Trust ("505 Traders Loan Documents") in the principal amount of $500,000.00, being secured by real property described as:

> Lot 1 of Scott Ellis Homestead, according to the map or plat thereof recorded in Cabinet 1, Slide 521 of the map and or plat records of Hunt County, Texas. Lot 1 consists of 3.834 acres and a single family residential home, commonly known as 505 Traders Road, Greenville, Texas.

more thoroughly described in Exhibit "1", and as the "505 Traders Property". Debtor agreed to pay Zinnow Investments equal monthly installments of Six Thousand Two Hundred Fifty and 0/100's ($6,250.00) Dollars beginning August 30, 2023, with an annual interest rate of 15%. A copy of the 505 Traders Loan Loan Documents are attached hereto as Exhibits "1" and "2" and incorporated herein for all intents and purposes.

2.      Movant would show the Court that on or about July 28, 2023, Debtor executed and delivered to Zinnow Investments, LLC, a certain Promissory Note and Deed of Trust ("Ellis View Loan Documents") in the principal amount of $500,000.00, being secured by real property described more thoroughly in Exhibit "3", and known as the "Ellis View Retail Property". Debtor agreed to pay Zinnow Investments, LLC, equal monthly installments of Six Thousand Two Hundred Fifty and 0/100's ($6,250.00) Dollars beginning August 28, 2023, with an annual interest rate of 15%. A copy of the Ellis View Loan Documents are attached hereto as Exhibits "3" and "4" and incorporated herein for all intents and purposes.

3.      Movant would show the Court that on or about October 17, 2025, Debtor executed and delivered to Zinnow Investments, LLC, a certain Promissory Note and Deed of

Trust ("505 Traders Loan Documents - 2025") in the principal amount of $500,000, being secured by real property described as:

> Lot 1 of Scott Ellis Homestead, according to the map or plat thereof recorded in Cabinet 1, Slide 521 of the map and or plat records of Hunt County, Texas. Lot 1 consists of 3.834 acres and a single family residential home, commonly known as 505 Traders Road, Greenville, Texas.

more thoroughly described in Exhibit "5", also known as the 505 Traders Property. Debtor agreed to pay Zinnow Investments, LLC, equal monthly installments of Six Thousand Two Hundred Fifty and 0/100's ($6,250.00) Dollars beginning November 17, 2025, with an annual interest rate of 15%. A copy of the 505 Traders Loan Loan Documents - 2025 are attached hereto as Exhibits "5" and "6" and incorporated herein for all intents and purposes.

4. On July 2, 2026, Zinnow Investments, LLC, assigned the 505 Traders Loan Documents and 505 Traders Loan Documents - 2025 to Zinnow Investments Greenville 505 Traders Holding, LLC, holding the 505 Traders Property as collateral.

5. On July 2, 2026, Zinnow Investments, LLC, assigned the Ellis View Loan Documents to Zinnow Investments Greenville Ellis View Holding, LLC, holding the Ellis View Retail Property as collateral.

6. Debtor is in arrears to Movant on monthly payments. Debtor owes $63,000.00 for 505 Traders, and $25,200.00 for Ellis View, totaling $88,200.00 for the amount of the existing delinquency under the Loans.[1]

7. By failing to make the regular monthly installment payments due pursuant to the: (i) 505 Traders Loan Documents, (ii) Ellis View Loan Documents, and (iii) 505 Traders Loan Documents - 2025, Debtor, has not provided adequate protection to Movant.  Consequently,

---

[1] Zinnow Investments notes that all principals on the Loans are past due, totaling $1,500,000.00.

**MOTION TO LIFT AUTOMATIC STAY AGAINST PROPERTY**                              **Page 3**

Movant lacks adequate protection of its interest in the 505 Traders Property and the Ellis View Retail Property which serves the collateral.

8.    Movant demands proof of and maintenance of hazard insurance on the 505 Traders Property and the Ellis View Retail Property, listing, respectively, Zinnow Investments Greenville 505 Traders Holding, LLC and Zinnow Investments Greenville Ellis View Holding, LLC as loss-payees and otherwise acceptable to Movant on the policy.

9.    Movant asks the Court to lift the Automatic Stay as it pertains to the 505 Traders Property and the Ellis View Retail Property set out herein, and allow Movant to pursue its remedies under State law, or in the alternative, provide adequate protection to ensure that Movant's interests are properly preserved.

10.    The provision of Rule 4001 (a) (3) should be waived and Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay.

11.    NOTICE TO PARTIES IN INTEREST:

**ANY OBJECTION OR REQUEST FOR HEARING MUST BE FILED WITH:**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT:**

Clerk, United States Bankruptcy Court
Northern District of Texas
Dallas Division
Earle Cabell Federal Building
1100 Commerce St., Rm. 1254
Dallas, TX 75242-1496

[REMAINDER OF PAGE LEFT BLANK]

**BEFORE CLOSE OF BUSINESS AT LEAST 14 DAYS FROM THE DATE OF SERVICE, BEING JULY 31, 2026. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE.  ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**WHEREFORE, PREMISES CONSIDERED**, Movant prays the Court enter an Order terminating the automatic stay to permit Movant to exercise its state law remedies pursuant to the terms of: (i) the 505 Traders Loan Documents, (ii) Ellis View Loan Documents, and (iii) 505 Traders Loan - 2025 Documents attached hereto.  Movant further prays that the Court waive the provision of Federal Rule of Bankruptcy Procedure 4001(a)(3) and that Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay

Respectfully submitted,

GODWIN BOWMAN PC

Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone:  214.939.4501
Fax:  214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-349
**Attorneys for Movant**
**Zinnow Investments Greenville505 Traders Holding, LLC, and  Zinnow Investments Greenville Ellis View Holding, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above and foregoing Motion to Lift Automatic Stay has been served on each of the following parties of interest on July 17, 2026, either by electronic notification or first-class mail as shown:

**Debtor**
Greenville Construction LLC
5907 Wesley St, Suite 102
Greenvile, TX 75402
HUNT-TX
469-644-2256
Tax ID / EIN: 30-1200271

**Trustee**
Scott M. Seidel
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093
(214) 234-2500

**US Trustee**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

    /s/ Sidney H. Scheinberg
**SIDNEY H. SCHEINBERG**

## NOTICE OF HEARING

A hearing on the foregoing Motion to Lift Automatic Stay is set for August 4, 2026 at 1:30PM, before Judge Michelle V. Larson, U.S. Bankruptcy Court, Northern District of Texas, Dallas Division, via WebEx.

https://us-courts.webex.com/meet/larson

*/s/ Sidney H. Scheinberg*
**SIDNEY H. SCHEINBERG**

## CERTIFICATE OF CONFERENCE PURSUANT TO N.D. TEX. L.B.R. 9007-1(f)

I certify that I contacted the Debtor, who is *pro se*, who indicated that they were opposed to this motion.

*/s/ Sidney H. Scheinberg*
**SIDNEY H. SCHEINBERG**

**MOTION TO LIFT AUTOMATIC STAY AGAINST PROPERTY**                                    **5**