**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 26-33001 (MVL)** |
| **GREENVILLE CONSTRUCTION, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor(s).** | § | |

**AFFIDAVIT OF YU XIN
IN SUPPORT OF JOINT MOTION FOR RELIEF**

I, Yu Xin, hereby state the following:

I am the Bankruptcy Specialist and Member of Zinnow Investments Greenville 505 Traders Holding, LLC, and Zinnow Investments Greenville Ellis View Holding, LLC (collectively, "Zinnow Investments"), and its successors and/or assignees and hereby make this Affidavit in such capacity.

Zinnow Investments is authorized to sue on its own behalf.

I am a custodian of records for Zinnow Investments. In the course of my employment, I have become familiar with the manner and method in which Zinnow Investments maintains its books and records in its regular course of business. Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

I have reviewed the books and records which reveal that Zinnow Investments is the owner and holder of three promissory notes(collectively, the "Loans") signed by Larry Ellis, acting as Chief Operating Officer of Greenville Construction, LLC. Zinnow Investments, LLC is secured under the Loans by a properly perfected security interest in the collateral described in (i) the 505 Traders Loan Documents, (ii) Ellis View Loan Documents, and (iii) 505 Traders Loan - 2025 Documents attached hereto as Exhibits "1", "3" and "5".

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF**                                              **PAGE 1**

By the virtue of the Loans, Zinnow Investments is the holder of a secured claim against the Debtor(s).

Debtor(s) are in default on their obligations to Movant in that they have failed to make their installment payments when due and owing pursuant to the terms of the Loans.

Debtor owes $63,000.00 for 505 Traders, and $25,200.00 for Ellis View, totaling $88,200.00 for the amount of the existing delinquency under the Loans.[1]

According to the publication commonly relied upon by banks, insurance companies, government agencies, and dealers in determining the value of collateral, the retail market value of 505 Traders is $1,113,328.00, the value of Ellis View Retail Lot is $395,810.

Zinnow Investments retained counsel to represent it before this Court and is incurring legal expenses and attorney's fees for which it is entitled to reimbursement under the terms of the Loans.

I declare that the foregoing facts are true and correct to the best of my knowledge.

Further your affiant saith not.

Dated: 7/17/2026

_____
Yu Xin
Member/ Bankruptcy Specialist
Zinnow Investments, LLC

Subscribed and sworn to before me on _____July 17th_____, 2026

_____
Notary



---

[1] Zinnow Investments notes that all principals on the Loans are past due, totaling $1,500,000.00.

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF**                    PAGE 2