Fill in this information to identify the case:

Debtor name  GREENVILLE CONSTRUCTION, LLC

United States Bankruptcy Court for the:  Northern _____ District of  Texas
(State)

Case number (If known):  26-33001-7mvl7



**FILED**

JUL 2 2 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................................................   $ ___6,184,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................................................   $ ___11,069,948.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................................   $ ___17,253,948.00

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................   $ ___8,380,145.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..................................................................   $ ___4,100,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................   + $ ___3,262,143.00

4. **Total liabilities** ...........................................................................................................................................   $ ___15,742,288.00
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  Greenville Construction LLC

United States Bankruptcy Court for the: Northern          District of Texas
                                                              (State)

Case number (If known):  26-33001-7mvl7

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $_____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$_____

| Part 2: | Deposits and prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $_____ |
|---|---|
| 7.2. _____ | $_____ |

Debtor Greenville Construction LLC
Name

Case number (if known) 26-33001-7mvl7

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $_____

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........→ $_____
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........→ $_____
face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $_____

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $_____

---

Debtor ___Greenville Construction LLC_____    Case number (if known) _26-33001-7mvl7_____
       Name

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                                                $_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Greenville Construction LLC _____    Case number (if known) 26-33001-7mvl7 _____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

    　　❑ No

    　　❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

Debtor   Greenville Construction LLC _____   Case number (if known) 26-33001-7mvl7
Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor Greenville Construction LLC
Name

Case number (if known) 26-33001-7mvl7

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 SEE ATTACHED CHART | | $ | | $ |
| 55.2 LISTING ALL REAL PROPERTY | | $ | | $ |
| 55.3 OWNED BY DEBTOR | | $ | | $ |
| 55.4 MARKED AS page 6A | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 6,184,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

| Property ID | Property Address | City | Legal Description | Estimated Market Value | Notes |
|---|---|---|---|---|---|
| 31084 | 501 TRADERS RD | GREENVILLE | S4961 SCOTT ELLIS HOMESTEAD LOT 2 ACRES 4.524 | 1,800,000.00 | |
| 235253 | 505 TRADERS RD | GREENVILLE | S4961 SCOTT ELLIS HOMESTEAD LOT 1 ACRES 3.834 | 1,200,000.00 | |
| 246699 | 1204 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 3 ACRES .132 | 33,000.00 | |
| 246700 | 1206 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 4 ACRES .132 | 33,000.00 | |
| 246701 | 1208 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 5 ACRES .1452 | 33,000.00 | |
| 246704 | 6113 COLES LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 8 ACRES .132 | 33,000.00 | |
| 246708 | 6105 COLES LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 12 ACRES .1315 | 85,000.00 | |
| 246709 | 6103 COLES LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 13 ACRES .1266 | 85,000.00 | |
| 246711 | 1300 HAMMACK DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 15 ACRES .2396 | 34,000.00 | |
| 246712 | 1302 HAMMACK DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 16 ACRES .1346 | 33,000.00 | |
| 246713 | 1304 HAMMACK DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 17 ACRES .1313 | 33,000.00 | |
| 246714 | 1306 HAMMACK DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 18 ACRES .1309 | 33,000.00 | |
| 246715 | 1308 HAMMACK DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 19 ACRES .1305 | 275,000.00 | |
| 246716 | 1310 HAMMACK DR | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 20 ACRES .1286 | 33,000.00 | |
| 246717 | 6100 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 21X ACRES .3424 | - | Common area - Need to trf to HOA |
| 246718 | 6102 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 22 ACRES .1527 | 33,000.00 | |
| 246722 | 6110 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 26 ACRES .1298 | 271,000.00 | |
| 246725 | 6116 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 29 ACRES .1298 | 33,000.00 | |
| 246726 | 6118 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 30 ACRES .1299 | 33,000.00 | |
| 246728 | 6200 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 32 ACRES .1299 | 33,000.00 | |
| 246729 | 6202 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK A LOT 33 ACRES .13 | 33,000.00 | |
| 246731 | 6113 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 2 ACRES .15 | 33,000.00 | |
| 246732 | 6111 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 3 ACRES .132 | 33,000.00 | |
| 246733 | 6109 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 4 ACRES .132 | 33,000.00 | |
| 246734 | 6107 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 5 ACRES .132 | 33,000.00 | |
| 246735 | 6105 KAYLA LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 6 ACRES .132 | 33,000.00 | |
| 246738 | 6102 COLES LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 9 ACRES .132 | 33,000.00 | |
| 246739 | 6104 COLES LN | GREENVILLE | S2918 ELLIS VIEW BLK B LOT 10 ACRES .132 | 33,000.00 | |
| 246745 | 1307 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK C LOT 2 ACRES .1263 | 275,000.00 | |
| 246751 | 1211 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK C LOT 8 ACRES .1263 | 275,000.00 | |
| 246752 | 1209 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK C LOT 9 ACRES .1263 | 33,000.00 | |
| 246753 | 1207 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK C LOT 10 ACRES .1263 | 275,000.00 | |
| 246755 | 1203 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK C LOT 12 ACRES .1263 | 33,000.00 | |
| 246756 | 1201 BRAD KELLAR DR | GREENVILLE | S2918 ELLIS VIEW BLK C LOT 13 ACRES .1827 | 33,000.00 | |
| 246757 | 6100 JACK FINNEY BLVD | GREENVILLE | S2918 ELLIS VIEW BLK D LOT 1 **ACRES 3.0288** RETAIL tract | 850,000.00 | |
| | | | | | |
| | | | **TOTAL REAL PROPERTY VALUE** | 6,184,000.00 | |

Debtor    Greenville Construction LLC                          Case number (if known) 26-33001-7mvl7
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ =→   $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim          _____

Amount requested        $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  Claims against multiple creditors _____   $   11,069,948.00

Nature of claim          Usury violation _____

Amount requested        $ 11,069,948.00

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$   11,069,948.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Greenville Construction LLC _____        Case number *(if known)* 26-33001-7mvl7 _____
          <sub>Name</sub>

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ → | | $ 6,184,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 11,069,948.0 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 11,069,948.0  **+**  91b. | $ 6,184,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................    $ 17,253,948.00

---

Fill in this information to identify the case:

Debtor name   Greenville Constructin LLC

United States Bankruptcy Court for the:   Northern _____ District of   Texas
(State)

Case number (If known):   26-33001-7mvl7

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
AHL Builders LLC

Creditor's mailing address
3286 Woodbine Tr
Frisco, TX 75034

Creditor's email address, if known

Date debt was incurred   7/7/23

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
1300,1302,1304,1306 & 1308
Hammack Drive    ID#s 246711, 246712,
246713, 246714, 246715

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   500,000.00   $   408,000.00

**2.2** Creditor's name
Cassidy Jones Building Materials

Creditor's mailing address
Timothy Moore,  302 Pine Tree Rd
Longview, TX 75604

Creditor's email address, if known

Date debt was incurred   10/25 - 4/26

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
multiple

Describe the lien
mechanic's lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   37,091.00   $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ 8,380,145.00

Debtor   Greenville Constructin LLC _____   Case number (if known) 26-33001-7mvl7
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ 2.3**

**Creditor's name**

Godland Asset Group LLC

**Creditor's mailing address**

1608 Barony Lake Way
Raleigh, NC 27614

**Creditor's email address, if known**

_____

**Date debt was incurred**   8/22/24
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    Godland Asset Group LLC
    and Shenghing Li  on item #2.12
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

501 Traders Road  #31084

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 500,000.00    Column B: $ 1,800,000.00

---

**2._ 2.4**

**Creditor's name**

GV Investment Fund A LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

_____

**Date debt was incurred**   7/20/22
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6113 Coles  ID#246704
1304 Hammack  #246713
1207 Brad Kellar  #246753

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 600,000.00    Column B: $ 341,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 9

Debtor   Greenville Construction LLC
　　　　 Name

Case number (if known) 26-33001-7mvl7

| Part 1: | Additional Page | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

2.5  GV Investment Fund A LLC

Creditor's mailing address

2313 Vaquero Ln

Carrollton, TX 7/23/21

Creditor's email address, if known

_____

Date debt was incurred   7/23/21

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
　　 priority?

　　 ☐ No. Specify each creditor, including this
　　　　 creditor, and its relative priority.

　　　　 _____
　　　　 _____
　　　　 _____

　　 ☐ Yes. The relative priority of creditors is
　　　　 specified on lines _____

Describe debtor's property that is subject to a lien

6111 Kayla  #246737
1307 Brad Kellar  #246745
1308 Hammack  #246715

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 583,000.00

**2.** Creditor's name

2.6  GVIFB LLC

Creditor's mailing address

2313 Vaquero Ln

Carrollton, TX 75010

Creditor's email address, if known

_____

Date debt was incurred   8/16/23

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
　　 priority?

　　 ☐ No. Specify each creditor, including this
　　　　 creditor, and its relative priority.

　　　　 _____
　　　　 _____
　　　　 _____

　　 ☐ Yes. The relative priority of creditors is
　　　　 specified on lines _____

Describe debtor's property that is subject to a lien

6102 Coles  #246738
6104 Coles  #246739
5105 Coles  #246708

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 151,000.00

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 9

Debtor  Greenville Construction LLC _____  Case number (if known) 26-33001-7mvl7
        Name

| | | Column A | Column B |
|---|---|---|---|
| Part 1: | Additional Page | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._** **Creditor's name**

**GVIFD LLC**

**Creditor's mailing address**

2313 Vaquero Ln
Carrollton, TX 75010

**Creditor's email address, if known**

Date debt was incurred  5/27/23
Last 4 digits of account
number                   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6113 Kayla #246731 / 6109 Kayla
#246733 / 6107 Kayla #246734
6105 Kayla #246735

$ 500,000.00    $ 132,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** **Creditor's name**

**GVIFD**

**Creditor's mailing address**

2313 Vaquero Ln
Carrollton, TX 75010

**Creditor's email address, if known**

Date debt was incurred  11/28/23
Last 4 digits of account
number                   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1300 Hammack #246711
1302 Hammack #246712

$ 200,000.00    $ 66,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 9

Debtor __Greenville Construction LLC_____ Case number (if known) __26-33001-7mvl7_____
        Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ (2.9) Creditor's name**

GVIFD LLC

**Creditor's mailing address**

2313 Vaquero Ln

Carrollton, TX 7501

**Creditor's email address, if known**

_____

**Date debt was incurred** 6/30/23

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1204 Brad Kellar #246699 / 1206 Brad Kellar #246700 / 6103 Coles #246709 6200 Kayla #246728

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 184,000.00

---

**2._ (2.11) Creditor's name**

Hunt County Tax Office

**Creditor's mailing address**

2500 Stonewall St, Suite 101

Greenville, TX 75401

**Creditor's email address, if known**

_____

**Date debt was incurred** 2024 & 2025

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

multiple

**Describe the lien**
property tax lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 98,105.00    $ _____

---

Debtor    Greenville Construction LLC
          Name

Case number (if known)  26-33001-7mvl7

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2. 2.11

**Creditor's name**

J.K. Hammack Inc

**Creditor's mailing address**

3044 FM 2194
Celeste, TX 75423-5728

**Creditor's email address, if known**

**Date debt was incurred**  Dec 25-Jan 26

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

multiple                                    $  84,949.00   $ _____

**Describe the lien**
mechanic's lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

### 2. 2.12

**Creditor's name**

Shengjing Li

**Creditor's mailing address**

1608 Barony Lake Way
Raleigh, NC 27614

**Creditor's email address, if known**

**Date debt was incurred**  1/30/23

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  Shengjing Li   and
  Godland Asset Group LLC  on
  item # 2.3

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

501 Traders Rd  #31084              $  1,000,000.00   $  1,800,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 9

Debtor  Greenville Construction LLC
_____
Name

Case number (if known) 26-33001-7mvl7

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.13

**Creditor's name**

Magnolia Estates LLC

**Creditor's mailing address**

3286 Woodbine Tr

Frisco, TX 75034

**Creditor's email address, if known**

**Date debt was incurred**  7/7/23

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1310 Hammack  #246716
6102 Kayla  #246718
6105 Kayla  #246735

$ 500,000.00    $ 99,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

### 2.14

**Creditor's name**

WNH Property Consulting LLC

**Creditor's mailing address**

4017 Lost Creek

Plano, TX 75074

**Creditor's email address, if known**

**Date debt was incurred**  4/18 & 10/1/25

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6107 Kayla  #246734

$ 600,000.00    $ 33,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 9

Debtor   **Greenville Construction LLC**                                    Case number (if known)  26-33001-7mvl7
         Name

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

2.15

**Creditor's name**

Yali Zhang

**Creditor's mailing address**

c/o Irene Shen,  908 Brett Dr

Allen TX 75013

**Creditor's email address, if known**


**Date debt was incurred**   3/6/22

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6109 Kayla #246733 / 6110 Kayla #246722
6202 Kayla #246729 / 1208,1209,1211
Brad Kellar #246701,246752,246751

          $ 760,000.00    $ 678,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

2.16

**Creditor's name**

Zinnow Investments LLC

**Creditor's mailing address**

5454 Surrey Path Suite 107
Frisco, TX 75034

**Creditor's email address, if known**


**Date debt was incurred**   1/20/23

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

505 Traders Rd  #235253

          $ 1,000,000.00    $ 1,200,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Greenville Construction LLC _____   Case number (if known) 26-33001-7mvl7
         Name

| Part 1: | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._  2.17  Creditor's name**

Zinnow Investments LLC _____

**Creditor's mailing address**

5454 Surrey Path Suite 107

Frisco, TX 75034

**Creditor's email address, if known**

_____

**Date debt was incurred**   7/28/23

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Retail tract 3.029 acres  #246757 _____   $ 500,000.00   $ 850,000.00

**Describe the lien**
deed of trust _____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2._  Creditor's name**

_____

**Creditor's mailing address**

_____
_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $ _____   $ _____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 9 of 9

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Greenville Construction LLC |
| United States Bankruptcy Court for the: | Northern |
| District of | Texas |
| | (State) |
| Case number (If known) | 26-33001-7mvl7 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
CEI Technology Solutions LLC
908 Brett Drive
Allen, TX 75013

As of the petition filing date, the claim is: $ 250,000.00   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/27/24

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2**

Priority creditor's name and mailing address
Gangqing Capital Group LLC
5454 Surrey Path, Suite 107
Frisco, TX 75034

As of the petition filing date, the claim is: $ 500,000.00   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/30/24

Basis for the claim:
2 new home contracts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3**

Priority creditor's name and mailing address
IRA Club - William Yan IRA 1005351
PO Box 6850
San Mateo, TX 94403

As of the petition filing date, the claim is: $ 470,000.00   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/1/24

Basis for the claim:
2 new home contracts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    Greenville Construction LLC                                    Case number (if known) 26-33001-7mvl7
          Name

| Part 1. | Additional Page |

| | | Total claim | Priority amount |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.4 Priority creditor's name and mailing address**                                    $ 250,000.00    $ _____

Feng Liu
5448 Apex Pkwy, Suite 329
Apex, NC 27502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
9-7-23

Basis for the claim:
new home contract

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.5 Priority creditor's name and mailing address**                                    $ 225,000.00    $ _____

Timothy T Liu
1561 Elka Ave
San Jose, CA 95129

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10-11-24

Basis for the claim:
new home contract

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.6 Priority creditor's name and mailing address**                                    $ 225,000.00    $ _____

Raymond Moeller & Vesta Moeller
8241 Inverness
The Colony, TX 75056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10-15-24

Basis for the claim:
new home contract

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.7 Priority creditor's name and mailing address**                                    $ 250,000.00    $ _____

Ongmani Investments LLC
1106 del Mar Drive
Southlake, TX 76092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
9-29-23

Basis for the claim:
new home contract

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 10

Debtor    Greenville Construction LLC _____    Case number (if known) 26-33001-7mvl7
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.9**

**2.__ Priority creditor's name and mailing address**

S Capital Investment LLC
21807 Blue Daisy Ct
Cypress, TX 77433

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 235,000.00    Priority amount $ _____

**Date or dates debt was incurred**
4-7-25

**Basis for the claim:**
new home contract

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.10**

**2.__ Priority creditor's name and mailing address**

Sabily Investment LLC
5764 Belleza Drive
Pleasanton, CA 94588

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 240,000.00    Priority amount $ _____

**Date or dates debt was incurred**
9-29-23

**Basis for the claim:**
new home contract

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.11**

**2.__ Priority creditor's name and mailing address**

Christina Wu, Fei Li & Xiaomeng Fan
7308 Wentwood Dr
Dallas, TX 75225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 250,000.00    Priority amount $ _____

**Date or dates debt was incurred**
10-6-23

**Basis for the claim:**
new home contract

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.12**

**2.__ Priority creditor's name and mailing address**

Ronghui Xu
2313 Vaquero Lane
Carrollton, TX 75010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 240,000.00    Priority amount $ _____

**Date or dates debt was incurred**
9-26-23

**Basis for the claim:**
new home contract

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    Greenville Construction LLC _____    Case number (if known) 26-33001-7mvl7
          Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount**

**2.13**

2._ Priority creditor's name and mailing address

Lei Zhang c/o Irene Shen
908 Brett Drive
Allen, TX 75013

$ 250,000.00    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1-23-24

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.14**

2._ Priority creditor's name and mailing address

Wei Zhang & Rong Hui Hou
6409 Cooper Place
Plano, TX 75093

$ 225,000.00    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10-29-24

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.15**

2._ Priority creditor's name and mailing address

Liang Zhao & Jin Meng
1356 Francie Way
Allen, TX 75013

$ 250,000.00    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10-6-23

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.16**

2._ Priority creditor's name and mailing address

Han Zhu c/o Irene Shen
908 Brett Drive
Allen, TX 75013

$ 240,000.00    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3-18-25

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 10

Debtor **Greenville Construction LLC**
Name

Case number (if known) 26-33001-7mvl7

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

AAA Carpets

9747 US Hwy 271 N
Powderly, TX 75473

Date or dates debt was incurred **Jan 2026**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **inv. goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 476.00

---

**3.2**

Nonpriority creditor's name and mailing address

AAA Noor Ventures LLC - Fahad Khan

692 Wyckoff Avenue
Mahway, NJ 07430

Date or dates debt was incurred **5-26-23**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3.3**

Nonpriority creditor's name and mailing address

Airview AC

424 E. Van Alstyne Parkway
Van Alstyne, TX 75495

Date or dates debt was incurred **Jan 2026**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **inv. goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,288.00

---

**3.4**

Nonpriority creditor's name and mailing address

Channing Fang

421 Martel Lane
Coppell, TX 75019

Date or dates debt was incurred **8-8-24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.5**

Nonpriority creditor's name and mailing address

Justin Fang

421 Martel Lane
Coppell, TX 75019

Date or dates debt was incurred **8-8-24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.6**

Nonpriority creditor's name and mailing address

Forge Trust Co CFBO William Yan IRA 730007

4 Embarcadero Ctr, Floor 15
San Francisco, CA 94111-4106

Date or dates debt was incurred **11/30/23 2/6/26**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
☑ No
☐ Yes

$ 410,000.00

---

Debtor    Greenville Construction LLC _____    Case number (if known) 26-33001-7mvl7
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
General Shale Brick Inc - Accounts Payable

P.O. Box 3825
Carol Stream, IL 60197-5825

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Inv goods/services

Date or dates debt was incurred    Dec 2025
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,546.00

---

**3.8** Nonpriority creditor's name and mailing address
GVIFB, LLC

2313 Vaquero Lane
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    9-29-23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 500,000.00

---

**3.9** Nonpriority creditor's name and mailing address
GVIFD, LLC

2313 Vaquero Lane
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    11-22-23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 500,000.00

---

**3.10** Nonpriority creditor's name and mailing address
IES Residential Inc - Accounts Payable

13131 Dairy Ashford Rd, Suite 700
Sugarland, TX 77478

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Inv goods/services

Date or dates debt was incurred    10/25 - 3/26
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 41,841.00

---

**3.11** Nonpriority creditor's name and mailing address
Inspira Fin. Tr. FBO Dibyendu Mukherjee #3680011

2001 Spring Road, Suite 700
Oak Brook, IL 60523

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    7-12-23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

Debtor ___Greenville Construction LLC_____  Case number (if known) _26-33001-7mvl7_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**

| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 |
|---|---|---|
| Inspira Financial Trust FBO Christina Opel 3695221 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| 2001 Spring Road, Suite 700 | ☐ Disputed | |
| Oak Brook, IL 60523 | ☐ Liquidated and neither contingent nor disputed | |
| | **Basis for the claim:** loan | |
| Date or dates debt was incurred  10-10-19 | Is the claim subject to offset? | |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.13**

| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50,000.00 |
|---|---|---|
| Inspira Financial Trust FBO Roy Opel 3695321 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| 2001 Spring Road, Suite 700 | ☐ Disputed | |
| Oak Brook, IL 60523 | | |
| | **Basis for the claim:** loan | |
| Date or dates debt was incurred  10-10-19 | Is the claim subject to offset? | |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.14**

| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 100,000.00 |
|---|---|---|
| Inspira Financial Trust FBO Yiping Zhou 36595-11 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| 2001 Spring Road, Suite 700 | ☐ Disputed | |
| Oak Brook, IL 60523 | | |
| | **Basis for the claim:** loan | |
| Date or dates debt was incurred  4-23-20 | Is the claim subject to offset? | |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.15**

| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 210,000.00 |
|---|---|---|
| Na Lena Li | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| 421 Martel Lane | ☐ Disputed | |
| Coppell, TX 75019 | | |
| | **Basis for the claim:** loan | |
| Date or dates debt was incurred  5-24-23 | Is the claim subject to offset? | |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.16**

| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 600,000.00 |
|---|---|---|
| Miil Holding Company Inc | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| 17906 Carluke Ct | ☐ Disputed | |
| Richmond, TX 77407 | | |
| | **Basis for the claim:** loans | |
| Date or dates debt was incurred  9-1-23 | Is the claim subject to offset? | |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

Debtor   Greenville Construction LLC _____   Case number *(if known)* 26-33001-7mvl7
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.___**  **3.17**

**Nonpriority creditor's name and mailing address**

Mr D's Excavating

4731 County Road 3403
Lone Oak, TX 75453

Date or dates debt was incurred    12/25 - 6/26

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Inv. goods/services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$                39,995.00

---

**3.___**  **3.18**

**Nonpriority creditor's name and mailing address**

Overhead Door Co. of Dallas

1800 Vantage Drive
Carrollton, TX 75006

Date or dates debt was incurred    Feb 2026

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Inv. goods/services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$                 1,750.00

---

**3.___**  **3.19**

**Nonpriority creditor's name and mailing address**

Texas Yard Pro Inc.

2610 Poplar St, Suite B
Greenville, TX 75402

Date or dates debt was incurred    Jan 2026

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Inv for goods/service

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$                 8,247.00

---

**3.___**  **3.20**

**Nonpriority creditor's name and mailing address**

Yafei Zhang

339 Martel Lane
Coppell, TX 75019

Date or dates debt was incurred    6-22-23

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  loans

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$                40,000.00

---

**3.___**  **3.21**

**Nonpriority creditor's name and mailing address**

Yile Zhang

339 Martel Lane
Coppell, TX 75019

Date or dates debt was incurred    8-7-24

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$               100,000.00

---

Debtor __Greenville Construction LLC_____ Case number (if known)__26-33001-7mvl7__
　　　　　Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. William Yan, - IRA<br>2313 Vaquero Lane<br>Carrollton, TX 75010 | Line 3.6&2.3<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. Dibyendu Mukherjee - IRA<br>6312 Carrington Dr<br>Dallas, TX 75234 | Line 3.11<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. Christina Opel - IRA<br>428 Bridgewater Place<br>Flower Mound, TX 75028 | Line 3.12<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. Roy Opel - IRA<br>428 Bridgewater Place<br>Flower Mound, TX 75028 | Line 3.13<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. Yiping Zhou - IRA<br>3512 Orion<br>Flower Mound, TX 75035 | Line 3.14<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Line _____<br>❑ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Greenville Construction LLC          Case number *(if known)* 26-33001-7mvl7
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 4,100,000.00 |
| 5b. Total claims from Part 2 | 5b.  **+** | $ | 3,262,143.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,362,143.00 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 10 of 10

Fill in this information to identify the case:

Debtor name   GREENVILLE CONSTRUCTION LLC

United States Bankruptcy Court for the: Northern            District of   TX
                                                                         (State)
Case number (If known):   26-33001-7mvl7            Chapter   7

☐ Check if this is an
  amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

   **2.1** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.2** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.3** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.4** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

   **2.5** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of ___

Fill in this information to identify the case and this filing:

Debtor Name   GREENVILLE CONSTRUCTION LLC

United States Bankruptcy Court for the:  Northern         District of   TX
                                                                        (State)

Case number (*If known*):   26-33001-7mvl7

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/22/2026              X _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                      Larry Ellis
                                      Printed name

                                      Chief Operating Officer
                                      Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors